# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CIVIL NO: C-1-00-237
                             : JUDGE DLOTT

**WILLIAM J. TILLMAN, JR.,**

      **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid through bankruptcy case number 01-11398, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                    Respectfully submitted,

                                      GREGORY G. LOCKHART
                                    United States Attorney

                                    s/Deborah F. Sanders
                                   DEBORAH F. SANDERS (0043575)
                                   Assistant United States Attorney
                                   Attorney for Plaintiff
                                   303 Marconi Boulevard
                                   Suite 200
                                   Columbus, Ohio 43215
                                   (614) 469-5715
                                   Fax: (614) 469-5240
                                   Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\tilman, william sat.wpd